UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

TIM MEAD,

                 Plaintiff,

      v.

MICHELLE KLEPPS, *et al*,

                 Defendants.

Case No.  C07-5658RBL-KLS

ORDER DENYING SERVICE OF COMPLAINT BY UNITED STATES MARSHALS

      This matter comes before the court on plaintiff's filing of a civil rights complaint pursuant to 42 U.S.C. § 1983. (Dkt. #1).  Plaintiff has been granted *in forma pauperis* status in this case. See Order Granting Application to Proceed *In Forma Pauperis*, dated January 10, 2008.  Because plaintiff has not provided the Court with a sufficient number of forms for service and copies of the complaint for service, however, the Court will not order service of the complaint at this time.

      Specifically, plaintiff has not provided a form for service or copy of the complaint for service for defendant Karen DiBrunson.  In addition, plaintiff does not provide an address for defendant Sandra Carter.  Plaintiff hereby is informed that the Court does not have that information, nor can it provide him with that information, and that it is his responsibility to determine where defendant Carter needs to be served and provide that information to the Court.

      Accordingly, the Clerk is directed to send **two (2)** service forms to plaintiff for him to fill out for

ORDER
Page - 1

defendants DiBrunson and Carter and return to the Court so that the Court can attempt service by mail. Plaintiff also must provide **one (1)** copy of the complaint for service on defendant DiBrunson. Both the forms and the copy of the complaint must be returned on or before **February 11, 2008**, or the Court will recommend dismissal for failure to prosecute.

The Clerk is directed to send a copy of this Order to plaintiff.

DATED this 11th day of January, 2008.

Karen L. Strombom
United States Magistrate Judge

ORDER
Page - 2