UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TIM MEAD,<br><br>            Plaintiff,<br><br>    v.<br><br>MICHELLE KLEPPS, *et al*,<br><br>            Defendants. | CASE NO.    C07-5658RBL-KLS<br><br>ORDER |

The Court, having reviewed defendant's motion to dismiss (Dkt. #17), the Report and Recommendation of United States Magistrate Judge Karen L. Strombom, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) Defendant's motion is GRANTED;

(3) Plaintiff's complaint is hereby DISMISSED without prejudice;

(4) The Clerk is directed to send copies of this Order to plaintiff, defendant's counsel and Magistrate Judge Karen L. Strombom.

DATED this 22nd day of August, 2008.

*/s/ Ronald B. Leighton*
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER
Page - 1