# United States District Court

WESTERN DISTRICT OF WASHINGTON

TIM MEAD

## JUDGMENT IN A CIVIL CASE

v.

MICHELLE KLEPPS, et al.,

CASE NUMBER: C07-5658RBL/KLS

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court adopts the Report and Recommendation;

Defendant's motion is GRANTED; and

Plaintiff's complaint is hereby DISMISSED without prejudice.

| August 25, 2008 | BRUCE RIFKIN |
|---|---|
| Date | Clerk |

*s/CM Gonzalez*
Deputy Clerk